# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 11-04048-01-CR-FJG |
| ) | |
| EMMANUEL ANDREW WARD, ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is defendant's Motion to Suppress (Doc. No. 16).

On April 16, 2012, United States Magistrate Judge Matt J. Whitworth entered a Report and Recommendation which recommended denying defendant's Motion to Suppress (Doc. No. 29). On April 30, 2012, defendant filed objections to the Report and Recommendation (Doc. No. 32).

The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, the magistrate's findings and conclusions. Therefore, the Court finds that defendant's Motion to Suppress (Doc. No. 16) will be **DENIED.**

          /s/Fernando J. Gaitan, Jr.
          Fernando J. Gaitan, Jr.
          Chief United States District Judge

Dated: May 14, 2012
Kansas City, Missouri